LUXURIOUS X, a/k/a Timothy Lloyd, Plaintiff—Appellant,

v.

Barton VINCENT, Deputy General Counsel of SCDC; Joseph Counts, Associate Warden of Tyger River Correctional Institution; Barney Loyd, Associate Warden; Herb Johns, Institutional Grievance Coordinator; Paul Brewton, Major; Pernell Cromer, Captain; Billy Laughter, Lieutenant; Mike Gregory, Sergeant; Wiley Baker, Classification Caseworker; Members of Tyger River Correctional Institution Lower Yard Institutional Classification Committee on August 21, 2001, Defendants—Appellees.

No. 03–7935.

United States Court of Appeals, Fourth Circuit.

Submitted April 29, 2004.

Decided May 4, 2004.

Luxurious X, Appellant pro se. Steven Michael Pruitt, McDonald Patrick Tinsley, McDonald, Patrick, Tinsley, Baggett & Poston, Greenwood, South Carolina, for Appellees.

Before LUTTIG, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Luxurious X appeals the district court's order denying his motion to reconsider the dismissal of his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Luxurious X v. Vincent,* No. CA–01–4419–6 (D.S.C. Aug. 22, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*